UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL DWAYNE HARE, JR.,<br><br>Defendant. | Case No. 3:23-cr-00031-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for DARRELL DWAYNE HARE, JR., to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Dismiss [ECF #31] from November 22, 2024, to November 25, 2024. This is the first request for an extension for time to file reply.

The additional time requested for the filing the responses is requested mindful of the current trial date of January 7, 2025, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 21st day of November, 2024.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By: /s/ SEAN A. MCCLELLAND  
SEAN A. MCCLELLAND  
Assistant Federal Public Defender  
Counsel for DARRELL HARE, JR.

By: /s/ ANDREW KEENAN  
ANDREW KEENAN  
Assistant United States Attorney  
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 22nd day of November, 2024.

ANNE R. TRAUM  
UNITED STATES DISTRICT JUDGE