**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DARRELL DWAYNE HARE, JR,

      Defendant.

Case No. 3:23-cr-00031-ART-CLB

ORDER GRANTING ECF No. 79

Based on the parties' stipulation, and good cause appearing, it is hereby ordered that the Revocation Hearing currently set for March 25, 2026, at 1:00 PM, is vacated and continued to **May 6, 2026, at 1:00 PM**.

DATED this 19th day of March, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE